# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CYNTHIA M. SHEARER,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 18-3277 |
| **ALLSTATE INSURANCE CO.,** | : | |
| *Defendant*. | : | |

## O R D E R

**AND NOW**, this 22nd day of March, 2019, upon consideration of the Complaint (Doc. No. 1-1), Defendants' Motion to Dismiss (Doc. No. 5), Plaintiff's Response (Doc. No. 8), and the State Court Record (Doc. No. 7), it is **ORDERED** that Defendants' Motion to Dismiss (Doc. No. 5) is **GRANTED**. Plaintiff may file an amended complaint on or before 30 days from the date of this order.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE